UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| HARVINDER DHANI and MANUEL GARCIA, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) CASE NO. 1:19-cv-04987-JPH-DLP ) |
| VISA, INC. and STRIPE, INC., | ) ) |
| Defendants. | ) |

**MOTION FOR ADMISSION *PRO HAC VICE*
FILED ON BEHALF OF ATTORNEY
JEFFREY G. LAU AND RODERICK M. THOMPSON**

Andrew M. McNeil of the law firm Bose McKinney & Evans LLP, pursuant to S.D. Ind. L.R. 83-6, hereby moves this Court for an Order granting Jeffrey G. Lau and Roderick M. Thompson of Farella Braun + Martel leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of the defendant, VISA, Inc. in the above-styled cause only. In support of this motion, the undersigned states:

1. The Certification of Jeffrey G. Lau, as required by S.D. Ind. L.R. 83-6(b), is attached hereto as Exhibit A.

2. The Certificate of Roderick M. Thompson, as required by S.D. Ind. L.R. 83-6(b), is attached hereto as Exhibit B.

3. Payment of the required $200.00 administrative fee will be submitted with the filing of this motion.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order granting Jeffrey G. Lau and Roderick M. Thompson leave to appear *pro hac vice* for purposes of this cause only.

Respectfully submitted,

s/*Andrew M. McNeil*
Andrew M. McNeil (#19140-49)

BOSE McKINNEY & EVANS LLP
111 Monument Circle, Suite 2700
Indianapolis, In 46204
(317) 684-5000; (317) 684-5173 (Fax)
amcneil@boselaw.com

*Attorney for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 10, 2020, a copy of the foregoing "Motion for Admission *Pro Hac Vice* Filed on Behalf of Attorney Jeffrey G. Lau and Roderick M. Thompson" was filed electronically. Notice of this filing will be sent to the following counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

> Bryce H. Bennett, Jr., Esq.
> Patrick S. McCarney, Esq.
> Riley Bennett Egloff LLP
> 500 North Meridian Street, Suite 550
> Indianapolis, IN  46204
> bbennett@rbelaw.com
> pmccarney@rbelaw.com

s/*Andrew M. McNeil*
Andrew M. McNeil

3787660